THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ernest Teddy
 Shaw, III, Appellant.
 
 
 

Appeal From Orangeburg County
 James C. Williams, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-168
Submitted March 3, 2008  Filed March 12,
 2008    
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor David M. Pascoe, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM: Ernest
 Shaw appeals his guilty plea to criminal domestic violence of a high and aggravated nature.  On appeal, Shaw maintains the plea court, by advising
 him of his right to appeal, rendered his plea conditional, and therefore,
 invalid under our jurisprudence.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Shaws appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J., and PIEPER, J., and CURETON, A.J.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.